**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IVETTE VELEZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.: 5:15-cv-03561-EGS** |
| v. | ) |
| | ) |
| SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 1, 2016

BY: */s/ Amy L . Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Nana Japaridze, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Dated: <u>March 1, 2016</u>          BY: <u>*/s/ Amy L . Bennecoff Ginsburg*</u>
                                    Amy L Bennecoff Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Avenue
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Facsimile: (877) 788-2864
                                    Email:aginsburg@creditlaw.com
                                    Attorney for the Plaintiff